UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1257 DWF/AJB

ORIGINAL

UNITED STATES OF AMERICA,
Plaintiff,

v.

MELINDA FRANKLIN,
Defendant.

**CONSENT JUDGMENT**

Plaintiff, United States of America, having filed its Complaint herein, and defendant, having consented to the making and entry of this Judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties.

2. Defendant acknowledges and accepts service of the Complaint filed herein.

3. The Complaint states a claim upon which relief can be granted.

4. Defendant hereby agrees to the entry of Judgment in the sum of $2,992.43 principal, $4,399.66 in prejudgment interest, plus additional prejudgment interest from July 26, 1999, at nine percent (9%) per annum, plus costs, post-judgment interest at the legal rate from the date of entry of this Consent Judgment until paid in full, and pursuant to 28 U.S.C. Section 2412 costs in the amount of $150.00.

5. This Consent Judgment, through the corresponding abstract of judgment, shall be recorded as a lien in the County Recorder's

FILED MAY 22 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD MAY 22 2001
DEPUTY CLERK

FILED MAR 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTERED MAR 29 2001
DEPUTY CLERK'S INITIALS

Office in the county of residence of the defendant and in all other jurisdictions where it is determined by the United States that the defendant may own real or personal property.

6. Defendant shall keep the United States informed in writing of any change in ability to pay this debt, employment, place of residence or telephone number, by providing such information to the United States Attorney, Financial Litigation Unit, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

7. Defendant shall provide the United States with current, accurate evidence of personal assets, income and expenditures, including but not limited to, providing copies of Federal income tax returns, within fifteen (15) days from the date of any such request from the plaintiff.

Dated: March 26, 2001

B. TODD JONES
United States Attorney

M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Dated:

Melinda Franklin
MELINDA FRANKLIN

ORDER

IT IS HEREBY ORDERED that a judgment in the amount of $2,992.43 principal, $4,399.66 in prejudgment interest, plus

additional prejudgment interest from July 26, 1999, at nine percent (9%) per annum, plus costs, postjudgment interest at the legal rate from the date of this Consent Judgment until paid in full, and pursuant to 28 U.S.C. Section 2412 costs in the amount of $150.00, shall be immediately entered in favor of the United States of America and against defendant, Melinda Franklin.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 22, 2001

Judge
United States District Court